| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brenneman Jr, Hugh W. | USDC Michigan Western | 04/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge-Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

580 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Gerald R. Ford Council, BSA |
| 2. | Trustee | Trust #1 |
| 3. | Trustee | Trust #2 |
| 4. | Ex Officio Trustee | Historical Society for the United States District Court for the Western District of Michigan |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market Savings (L1) | A | Interest | J | T | | | | | |
| 2. J.P. Morgan Chase Bank(accounts) (L2) | A | Interest | J | T | | | | | |
| 3. Brighton MI Sch Dt 6.45% Muni Bond (L4) | | None | | | Redeemed | 05/02/11 | K | A | |
| 4. Central MI Univ 7.30% Rev Bond (L5) | B | Interest | K | T | | | | | |
| 5. Eastern Mich Univ 4.00% Rev Bond (L6) | A | Interest | K | T | | | | | |
| 6. Goodrich MI Area Sch Dist 4.30% (L7) | A | Interest | K | T | | | | | |
| 7. Grand Rapids MI Dwntown 7.5% Muni Bond (L8) | A | Interest | J | T | | | | | |
| 8. Lowell MI Area Schs 6.40% Muni Bond (L9) | B | Interest | K | T | | | | | |
| 9. Michigan Mun Bd Auth 7.30% Rev Bond (L10) | A | Interest | J | T | | | | | |
| 10. Northville MI Charter Twp 4.00% Muni Bond (L11) | A | Interest | | | Redeemed | 01/04/11 | K | | |
| 11. Okemos MI Pub Sch Dist 4.25% Muni Bond (L12) | A | Interest | K | T | | | | | |
| 12. Morrice Area Sch Dist 4.00% Muni Bond (L13) | A | Interest | K | T | | | | | |
| 13. Lincoln Pk MI Sch Dist 4.125% Muni Bond (L14) | A | Interest | K | T | | | | | |
| 14. Michigan St 4.25% Muni Bond (L15) | A | Interest | J | T | | | | | |
| 15. Blackrock Muni YD MI InsII (L16) | A | Int./Div. | J | T | | | | | |
| 16. Blackrock Muniyield Qlty (X) | B | Dividend | K | T | Buy | 01/04/11 | J | | See Note Part VIII |
| 17. Michigan St Univ Revs (X) | B | Interest | K | T | Buy | 01/04/11 | J | | See Note Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Powershares Fin Pfd | B | Dividend | K | T | Buy | 04/29/11 | K | | |
| 19. Apple Inc | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 20. Conoco Phillips | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 21. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 22. Duke Energy Corp New | A | Dividend | J | T | Buy | 08/05/11 | J | | |
| 23. Kraft Foods Inc Va Cl A | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 24. PPL Corporation | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 25. Verizon Communications Com | A | Dividend | J | T | Buy | 01/26/11 | J | | |
| 26. Apple Inc (L18) | A | Dividend | | | Sold (part) | 01/25/11 | K | E | |
| 27. | | | | | Sold (part) | 02/17/11 | J | C | |
| 28. | | | | | Sold | 02/22/11 | J | D | |
| 29. FPL Group Inc (L22) | A | Dividend | | | Sold | 01/04/11 | J | | |
| 30. Deere Co (L28) | A | Dividend | | | Sold | 05/26/11 | J | A | |
| 31. Disney (Walt) Co Com Stk (L29) | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 32. Exxon Mobile Corp Com (L30) | A | Dividend | | | Sold | 06/15/11 | J | A | |
| 33. Freeprt-McMran Cpr & Gld (L31) | A | Dividend | | | Sold | 02/22/11 | J | A | |
| 34. Goldman Sachs Group Inc (L31) | A | Dividend | | | Sold | 03/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merck and Co Inc Shs (L33) | A | Dividend | | | Sold | 02/24/11 | J | | |
| 36. Norfolk Southern Corp (L34) | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 37. Occidental Pete Corp Cal (L35) | A | Dividend | | | Sold | 03/15/11 | J | A | |
| 38. Mosaic Co | A | Dividend | | | Buy | 01/04/11 | J | | |
| 39. | | | | | Sold | 05/18/11 | J | | |
| 40. Sandisk Corp Inc | A | Dividend | | | Buy | 01/14/11 | J | | |
| 41. | | | | | Sold | 03/16/11 | J | | |
| 42. Diageo PLC SPSD ADR New | A | Dividend | | | Buy | 01/26/11 | J | | |
| 43. | | | | | Sold | 05/23/11 | J | | |
| 44. Kraft Foods Inc VA CL A | A | Dividend | | | Buy | 01/26/11 | J | | |
| 45. | | | | | Sold | 05/23/11 | J | A | |
| 46. Medco Health Solutions | A | Dividend | | | Buy | 02/25/11 | J | | |
| 47. | | | | | Sold | 03/21/11 | J | | |
| 48. 3M Company | A | Dividend | | | Buy | 03/07/11 | J | | |
| 49. | | | | | Sold | 07/18/11 | J | A | |
| 50. Disney (Walt) Co Com Stk | A | Dividend | | | Buy | 03/23/11 | J | | |
| 51. | | | | | Sold | 08/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. JPMorgan Chase & Co | A | Dividend | | | Buy | 03/23/11 | J | | |
| 53. | | | | | Sold | 06/02/11 | J | | |
| 54. Qualcomm Inc | A | Dividend | | | Buy | 03/30/11 | J | | |
| 55. | | | | | Sold | 08/04/11 | J | | |
| 56. Dominion Res Inc New VA | A | Dividend | | | Buy | 04/08/11 | J | | |
| 57. | | | | | Sold | 05/23/11 | J | A | |
| 58. Paychex Inc | A | Dividend | | | Buy | 04/08/11 | J | | |
| 59. | | | | | Sold | 10/03/11 | J | | |
| 60. Caterpillar Inc Del | A | Dividend | | | Buy | 05/26/11 | J | | |
| 61. | | | | | Sold | 08/04/11 | J | | |
| 62. Potash Corp Saskatchewan | A | Dividend | | | Buy | 05/27/11 | J | | |
| 63. | | | | | Sold | 08/08/11 | J | | |
| 64. Kimberly Clark | A | Dividend | | | Buy | 06/15/11 | J | | |
| 65. | | | | | Sold | 07/28/11 | J | A | |
| 66. Duke Energy Corp New | A | Dividend | | | Buy | 06/16/11 | J | | |
| 67. | | | | | Sold | 10/24/11 | J | A | |
| 68. Johnson and Johnson Com | A | Dividend | | | Buy | 07/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/03/11 | J | | |
| 70. Kimberly Clark | A | Dividend | | | Buy | 08/03/11 | J | | |
| 71. | | | | | Sold | 09/07/11 | J | A | |
| 72. Southern Company | A | Dividend | | | Buy | 08/05/11 | J | | |
| 73. | | | | | Sold | 09/19/11 | J | A | |
| 74. Fidelity Intermediate Muni Income (L36) | C | Dividend | J | T | | | | | |
| 75. Fidelity Municipal Income (L37) | C | Dividend | J | T | | | | | |
| 76. ML Bank Deposit Program (L38) | A | Interest | | | Sold | 01/04/11 | J | | |
| 77. ML CMA MI Municipal Money Fund (L39) | A | Dividend | J | T | | | | | |
| 78. FIA Card Services NA (L40) | A | Interest | J | T | | | | | |
| 79. Raymond James Bank Deposit Program (L41) | A | Interest | J | T | | | | | |
| 80. Polaris Choice II Annuity (SunAmerica Ann & Life) (L42) | | None | K | T | | | | | |
| 81. MI Ed Sav Prog (L43) | | None | K | T | | | | | |
| 82. - Manager Alloc (L44) | | | | | | | | | |
| 83. - 100% Equity Option (L45) | | | | | | | | | |
| 84. - Guaranteed Option (L46) | | | | | | | | | |
| 85. ▨ Trust #1 (L47) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - RMA Money Mkt (L48) | | | | | | | | | |
| 87. - American Funds Amcap Fund Cl A (L49) | | | | | | | | | |
| 88. - American Funds Bond Fund of America Cl A (L50) | | | | | | | | | |
| 89. - American Funds New Perspective Fund Cl A (L51) | | | | | | | | | |
| 90. - American Funds Washington Mutual Inv Fund Cl A (L52) | | | | | | | | | |
| 91. - American Funds Capital World Growth & Income (L53) | | | | | | | | | |
| 92. - American Funds Income Fund of America Cl A (L54) | | | | | | | | | |
| 93. ▨ Trust #2 (L55) | E | Int./Div. | M | T | | | | | |
| 94. - ING USA Annuity & Life Insurance Co. (L56) | | | | | | | | | |
| 95. - Hartford Life & Annuity Insurance Co. (L57) | | | | | | | | | |
| 96. - Allegan Cnty Mich Bldg Auth Bk Qual FSA B/E /R/4.5 5/1(L58 | | | | | | | | | |
| 97. - American Funds Bond Fund Of America Cl A (L59) | | | | | | | | | |
| 98. - Fifth Third Bancorp (L60) | | | | | | | | | |
| 99. - Nuveen MI Premium Income Muni Fd (L61) | | | | | | | | | |
| 100. Polaris II Annuity (L62) | | None | L | T | | | | | |
| 101. - Davis Venture Value (L63) | | | | | | | | | |
| 102. - Davis Real Estate Portfolio (L64) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Lord Abbet Mid Cap Value Portfolio (L65) | | | | | | | | | |
| 104.  - Putnam Emerging Markets Portfolio (L66) | | | | | | | | | |
| 105.  - American Funds Growth Fd (L67) | | | | | | | | | |
| 106.  - American Funds Global Growth Fd (L68) | | | | | | | | | |
| 107.  - MFS Total Return Fd (L69) | | | | | | | | | |
| 108.  - Van Kampen LIT Comstock (L70) | | | | | | | | | |
| 109.  - Wellington Natural Resources Portfolio (L71) | | | | | | | | | |
| 110.  Perspective II Annuity (Jackson National Life) (L72) | | None | M | T | | | | | |
| 111.  Raymond James - IRA (L73) | E | Int./Div. | O | T | | | | | |
| 112.  - Capital Income Builder Fund (American Funds) (L74) | | | | | | | | | |
| 113.  - Capital World Bond Fund (American Funds) (L75) | | | | | | | | | |
| 114.  - Capital One Bank Glen Allen VA 5% (L76) | | | | | | | | | |
| 115.  - Discover Bank Greenwood, DE CD 5.0% (L77) | | | | | | | | | |
| 116.  - Southwest Bank of Missouri 5.25% (L81) | | | | | Sold | 05/31/11 | K | | |
| 117.  - Harris, NA Chicago IL CD 2.25% (L82) | | | | | Sold | 05/31/11 | K | | |
| 118.  - Mizrahi Tefahot Bank Los Angeles CA CD 2.25% (L83) | | | | | | | | | |
| 119.  - Safra National Bank of New York, New York NY CD 3.00%(L84 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - SPDR Series Trust KBW Bk ETF (L85) | | | | | Sold | 05/31/11 | K | | |
| 121.  - ING International Value Fund Cl B (L86) | | | | | Sold | 05/31/11 | J | | |
| 122.  - Prudential Small Cap Value Fund Class A M/F (L87) | | | | | Sold | 05/31/11 | K | B | |
| 123.  - First Eagle Global Fund Class A M/F (L88) | | | | | | | | | |
| 124.  - AT&T Incorporated (L89) | | | | | | | | | |
| 125.  - ALCOA Incorporated (L90) | | | | | | | | | |
| 126.  - Dow Chemical Company (L91) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 127.  - Microsoft Corporation (L92) | | | | | | | | | |
| 128.  - Verizon Communications Incorporated (L93) | | | | | | | | | |
| 129.  - Calamos Strategic Totl Return Fund (L94) | | | | | | | | | |
| 130.  - IShares Tr S&P 500 Index (L95) | | | | | Sold | 05/31/11 | K | B | |
| 131.  - Artisan Mid Cap Value Fund Investor Class N/L (L96 (L99) | | | | | | | | | |
| 132.  - Davis New York Venture Fund Cl A (L97) | | | | | Sold | 05/31/11 | K | B | |
| 133.  - DWS RREEF Real Estate Secutities Fund Class A(Scdr)(L98) | | | | | | | | | |
| 134.  - Europacific Growth Fund Class F (American Funds) (L99) | | | | | | | | | |
| 135.  - First Eagle Overseas Fund Class A (L100) | | | | | | | | | |
| 136.  - Growth Fund of America Cl F (American Fnds) (L101) | | | | | Sold | 05/31/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Keeley Small Cap Value Fund Cl A (L102) | | | | | | | | | |
| 138.  - Oppenheimer International Bond Fund Class A (L103) | | | | | | | | | |
| 139.  - PIMCO Commodity Real Return Strategy Fund Class A (L104) | | | | | | | | | |
| 140.  - Raymond James Bank Deposit Program (L105) | | | | | | | | | |
| 141.  - Mizrahi Tefahot Bank Los Angeles CA 3.25% #33661 | | | | | Buy | 06/08/11 | K | | |
| 142. | | | | | Sold | 12/15/11 | K | | |
| 143.  - Harris NA Chicago, IL 1.50% #16571 | | | | | Buy | 07/07/11 | K | | |
| 144.  - Baxter International Incorporated | | | | | Buy | 12/16/11 | J | | |
| 145.  - Freeport-Mcmoran Copper & Gold | | | | | Buy | 12/16/11 | J | | |
| 146.  - Gentex Corporation | | | | | Buy | 12/16/11 | J | | |
| 147.  - UGI Corporation New | | | | | Buy | 12/16/11 | J | | |
| 148.  - Bank Of America NA Charlotte, NC 2.00% #3510 | | | | | Buy | 12/22/11 | K | | |
| 149.  - First Eagle Fund of America Class A M/F | | | | | Buy | 06/09/11 | K | | |
| 150.  - Ivy Global Natural Resources Fund Class A M/F | | | | | Buy | 06/09/11 | K | | |
| 151.  Merrill Lynch - IRA #1 (L106) | B | Dividend | L | T | | | | | |
| 152.  - FIA Card Services NA RASP (L107) | | | | | | | | | |
| 153.  - Apple Inc (L108) | | | | | Sold | 02/22/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Apple Inc | | | | | Buy | 08/10/11 | J | | |
| 155. | | | | | Sold | 12/28/11 | J | A | |
| 156.  - Ishares Barclys 1-3 Year Treas Index Fund (L117) | | | | | Sold | 03/08/11 | J | A | |
| 157.  - Deere Co (L123) | | | | | Buy (add'l) | 03/08/11 | J | | |
| 158. | | | | | Sold | 05/26/11 | J | B | |
| 159.  - Disney (Walt) Co Com Stk (L124) | | | | | Sold | 05/16/11 | J | A | |
| 160.  - Disney (Walt) Co Com Stk | | | | | Buy | 06/30/11 | J | | |
| 161. | | | | | Sold | 06/30/11 | J | | |
| 162.  - Du Ppnt E I De Nemours (L125) | | | | | Sold | 08/08/11 | J | B | |
| 163.  - Du Ppnt E I De Nemours | | | | | Buy | 10/06/11 | J | | |
| 164.  - Exxon Mobile Corp Com (L126) | | | | | Sold | 06/15/11 | J | A | |
| 165.  - Merck and Co Inc Shs (L127) | | | | | Sold | 02/24/11 | J | | |
| 166.  - Norfolk Southern Corp (L128) | | | | | Sold | 08/19/11 | J | | |
| 167.  - Occidental Pete Corp Cal (L129) | | | | | Sold | 03/15/11 | J | A | |
| 168.  - Automaric Data Processing | | | | | Buy | 02/02/11 | K | | |
| 169. | | | | | Sold | 04/18/11 | J | A | |
| 170.  - Conoco Phillips | | | | | Buy | 03/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/28/11 | J | | |
| 172. - Medco Health Solutions | | | | | Buy | 02/25/11 | J | | |
| 173. | | | | | Sold | 03/21/11 | J | | |
| 174. - Sandisk Corp Inc | | | | | Buy | 03/08/11 | J | | |
| 175. | | | | | Sold | 03/16/11 | J | | |
| 176. - Jacobs Engineering Grp Inc Dela | | | | | Buy | 03/08/11 | J | | |
| 177. | | | | | Sold | 06/15/11 | J | | |
| 178. - Vale SA | | | | | Buy | 03/08/11 | J | | |
| 179. | | | | | Sold | 11/17/11 | J | | |
| 180. - Dominion Res Inc New VA | | | | | Buy | 04/01/11 | J | | |
| 181. | | | | | Sold | 05/23/11 | J | A | |
| 182. - Qualcomm Inc | | | | | Buy | 03/30/11 | J | | |
| 183. | | | | | Sold | 08/04/11 | J | | |
| 184. - American Express Company | | | | | Buy | 05/17/11 | J | | |
| 185. | | | | | Sold | 06/15/11 | J | | |
| 186. - Duke Energy Corp New | | | | | Buy | 06/16/11 | J | | |
| 187. | | | | | Buy (add'l) | 08/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/24/11 | J | A | |
| 189. | | | | | Sold | 12/28/11 | J | A | |
| 190. - Potash Corp Saskatchewan | | | | | Buy | 05/27/11 | J | | |
| 191. | | | | | Sold | 08/08/11 | J | | |
| 192. - Caterpillar Inc Del | | | | | Buy | 05/26/11 | J | | |
| 193. | | | | | Sold | 08/04/11 | J | | |
| 194. - Verizon Communications Com | | | | | Buy | 06/15/11 | J | | |
| 195. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 196. | | | | | Sold | 12/28/11 | J | A | |
| 197. - Johnson and Johnson Com | | | | | Buy | 07/19/11 | J | | |
| 198. - Southern Company | | | | | Buy | 08/05/11 | J | | |
| 199. - Kraft Foods Inc Va Cl A | | | | | Buy | 08/11/11 | J | | |
| 200. | | | | | Sold | 12/19/11 | J | A | |
| 201. - CSX Corp | | | | | Buy | 11/17/11 | J | | |
| 202. | | | | | Sold | 12/28/11 | J | | |
| 203. - Exelon Corporation | | | | | Buy | 10/27/11 | J | | |
| 204. | | | | | Sold | 12/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - General Mills | | | | | Buy | 11/17/11 | J | | |
| 206.  - Intel Corp | | | | | Buy | 11/17/11 | J | | |
| 207.  - Kimberly Clark | | | | | Buy | 11/17/11 | J | | |
| 208.  - Paychex Inc | | | | | Buy | 11/17/11 | J | | |
| 209.  - Spectra Energy Corp | | | | | Buy | 11/17/11 | J | | |
| 210. | | | | | Sold | 12/28/11 | J | A | |
| 211.  Merrill Lynch - IRA #2 (L130) | D | Dividend | M | T | | | | | |
| 212.  - FIA Card Services NA RASP (L131) | | | | | | | | | |
| 213.  - Retirement Rsrvs Cl 1 (L132) | | | | | | | | | |
| 214.  - Apple Computer Inc (L134) | | | | | Sold (part) | 02/22/11 | K | E | |
| 215.  - Ishares Barclys 1-3 Yr Treas Index Fund (L142) | | | | | Sold (part) | 01/04/11 | K | | |
| 216. | | | | | Sold (part) | 04/08/11 | K | | |
| 217. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 218.  - Allergan Inc (L147) | | | | | Sold | 05/18/11 | K | B | |
| 219.  - Coach Inc (L148) | | | | | Sold | 01/04/11 | K | A | |
| 220.  - Deere Co (L149) | | | | | Sold | 05/26/11 | K | B | |
| 221.  - Disney (Walt) Co Com Stk (L150) | | | | | Sold | 05/16/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Du Pont E I De Nemours (L151) | | | | | Sold | 08/08/11 | K | | |
| 223.  - Exxon Mobile Corp Com (L152) | | | | | Sold | 06/15/11 | K | C | |
| 224.  - Freeprt-McMran Cpr & Gld (L153) | | | | | Sold | 02/22/11 | K | C | |
| 225.  - Goldman Sachs Group Inc (L154) | | | | | Sold | 03/07/11 | K | A | |
| 226.  - Merck and Co Inc Shs (L155) | | | | | Sold | 03/21/11 | K | | |
| 227.  - Mosaic Co (L156) | | | | | Sold | 05/18/11 | K | D | |
| 228.  - Norfolk Southern Corp (L157) | | | | | Sold | 03/21/11 | K | A | |
| 229.  - Occidental Pete Corp Cal (L158) | | | | | Sold | 03/15/11 | K | C | |
| 230.  - Intl Business Machines | | | | | Buy | 01/04/11 | K | | |
| 231. | | | | | Sold | 07/18/11 | K | C | |
| 232.  - Devon Energy Corp New | | | | | Buy | 01/04/11 | J | | |
| 233. | | | | | Sold | 06/20/11 | J | | |
| 234.  - Sandisk Corp Inc | | | | | Buy | 01/14/11 | K | | |
| 235. | | | | | Sold | 03/16/11 | K | | |
| 236.  - JPMorgan Chase & Co | | | | | Buy | 03/23/11 | J | | |
| 237. | | | | | Sold | 06/02/11 | J | | |
| 238.  - Union Pacific Corp | | | | | Buy | 03/24/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 03/28/11 | J | | |
| 240. | | | | | Sold | 06/15/11 | K | B | |
| 241. - 3M Company | | | | | Buy | 03/07/11 | K | | |
| 242. | | | | | Sold | 07/18/11 | K | A | |
| 243. - Medco Health Solutions | | | | | Buy | 02/25/11 | K | | |
| 244. | | | | | Sold | 03/21/11 | K | | |
| 245. - Salesforce Com Inc | | | | | Buy | 02/04/11 | J | | |
| 246. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 247. | | | | | Sold | 03/18/11 | K | | |
| 248. - Conoco Phillips | | | | | Buy | 03/21/11 | K | | |
| 249. - Dominion Res Inc New Va | | | | | Buy | 04/08/11 | K | | |
| 250. | | | | | Sold | 05/23/11 | K | A | |
| 251. - Kraft Foods Inc Va Cl A | | | | | Buy | 04/08/11 | K | | |
| 252. | | | | | Sold | 05/23/11 | K | A | |
| 253. - Paychex Inc | | | | | Buy | 04/08/11 | K | | |
| 254. - Southern Company | | | | | Buy | 04/08/11 | K | | |
| 255. | | | | | Sold | 05/23/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - American Express Company | | | | | Buy | 05/17/11 | K | | |
| 257. | | | | | Sold | 06/15/11 | K | | |
| 258. - Caterpillar Inc Del | | | | | Buy | 05/26/11 | K | | |
| 259. | | | | | Sold | 08/04/11 | K | | |
| 260. - Duke Energy Corp New | | | | | Buy | 06/16/11 | J | | |
| 261. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 262. | | | | | Sold | 10/24/11 | K | A | |
| 263. - Kimberly Clark | | | | | Buy | 06/15/11 | K | | |
| 264. | | | | | Sold | 07/28/11 | K | A | |
| 265. - Potash Corp Saskatchewan | | | | | Buy | 05/27/11 | K | | |
| 266. | | | | | Sold | 08/08/11 | K | | |
| 267. - Verizon Communications Com | | | | | Buy | 06/15/11 | K | | |
| 268. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 269. - Boeing Company | | | | | Buy | 06/30/11 | K | | |
| 270. | | | | | Buy (add'l) | 07/06/11 | J | | |
| 271. | | | | | Sold | 08/04/11 | K | | |
| 272. - Disney (Walt) Co Com Stk | | | | | Buy | 06/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 274. | | | | | Sold | 08/04/11 | K | | |
| 275. - Occidental Pete Corp Cal | | | | | Buy | 07/07/11 | K | | |
| 276. | | | | | Sold | 08/19/11 | K | | |
| 277. - Johnson and Johnson Com | | | | | Buy | 07/07/11 | K | | |
| 278. | | | | | Buy (add'l) | 07/19/11 | J | | |
| 279. - Rackspace Hosting Inc | | | | | Buy | 07/06/11 | J | | |
| 280. | | | | | Sold | 07/28/11 | J | | |
| 281. - L-3 Communications Holdings | | | | | Buy | 06/29/11 | K | | |
| 282. | | | | | Sold | 07/26/11 | K | | |
| 283. - Allergan Inc | | | | | Buy | 08/16/11 | K | | |
| 284. | | | | | Sold (part) | 10/24/11 | K | A | |
| 285. - Intl Business Machines | | | | | Buy | 08/12/11 | K | | |
| 286. | | | | | Sold (part) | 10/24/11 | K | A | |
| 287. - Kraft Foods Inc Va Cl A | | | | | Buy | 08/11/11 | K | | |
| 288. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 289. | | | | | Sold | 12/19/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Southern Company | | | | | Buy | 08/05/11 | K | | |
| 291. | | | | | Sold (part) | 09/19/11 | K | A | |
| 292.  - Kimberly Clark | | | | | Buy | 08/11/11 | K | | |
| 293. | | | | | Sold (part) | 09/07/11 | K | A | |
| 294.  - SPDR Gold Trust | | | | | Buy | 07/27/11 | K | | |
| 295. | | | | | Sold | 08/24/11 | K | B | |
| 296.  - Amazon Com Inc Com | | | | | Buy | 09/19/11 | K | | |
| 297. | | | | | Sold | 12/14/11 | K | | |
| 298.  - Nextera Energy Inc Shs | | | | | Buy | 09/21/11 | J | | |
| 299.  - PPL Corporation | | | | | Buy | 09/19/11 | J | | |
| 300. | | | | | Sold | 11/21/11 | J | A | |
| 301.  - Tiffany & Co New | | | | | Buy | 09/16/11 | K | | |
| 302. | | | | | Buy (add'l) | 10/12/11 | J | | |
| 303. | | | | | Sold | 12/13/11 | K | | |
| 304.  - Deere Co | | | | | Buy | 10/14/11 | K | | |
| 305. | | | | | Sold | 11/23/11 | K | A | |
| 306.  - Du Pont E I De Nemours | | | | | Buy | 10/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Monsanto Co New Del Com | | | | | Buy | 10/07/11 | J | | |
| 308. - Exelon Corporation | | | | | Buy | 10/27/11 | K | | |
| 309. - Freeprt-McMran Cpr & Gld | | | | | Buy | 10/28/11 | K | | |
| 310. - Occidental Pete Corp Cal | | | | | Buy | 11/08/11 | K | | |
| 311. | | | | | Sold | 12/15/11 | K | | |
| 312. - Qualcomm Inc | | | | | Buy | 11/02/11 | K | | |
| 313. - PPL Corporation | | | | | Buy | 11/25/11 | K | | |
| 314. - Disney (Walt) Co Com Stk | | | | | Buy | 12/23/11 | K | | |
| 315. - Humana Inc | | | | | Buy | 12/01/11 | K | | |
| 316. Merrill Lynch - IRA #3 (L159) | A | Dividend | K | T | | | | | |
| 317. - Apple Inc (L160) | | | | | | | | | |
| 318. - Freeprt-Mcmran Cpr & Gld (L161) | | | | | | | | | |
| 319. - Goldman Sachs Group Inc (L162) | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Lines 81-84, 85-92, 93-99, 100-109, 111-150, 151-210, 211-315, 316-319 Are being treated as Aggregate Ownership Arrangements.

VII Line 16 - The acquisition of this fund was inadvertently omitted on the 2010 FDR AO 10 Report

VII Line 17 - The acquisition of this fund was inadvertently omitted on the 2010 FDR AO 10 Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hugh W. Brenneman Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544